IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT
OF FLORIDA TAMPA DIVISION
Case No. 8:15-CV-2073-EAK-JSS

**CHRISTINA EBANKS**

**Plaintiff,**

v.

**OLD REPUBLIC EQUITY SERVICES,
INC.
Defendants.**

_____/

**PLAINTIFF'S FINDING OF FACTS AND CONCLUSIONS OF LAW**

Pursuant to the Court's Case Management and Scheduling Order (Dkt. 12), and ¶9 of the Pretrial Order, (Dkt. 35), the Plaintiff by and through her undersigned attorney files this Proposed Findings of Fact and Conclusions of Law as follows:

1. On November 30, 2005, Plaintiff, Christina Ebanks, entered into a loan agreement which was secured by a second mortgage on her homestead real property located at 2500 Winding Creek Blvd. #D104, Clearwater, FL 33761. ("the Loan").

2. Plaintiff is an "unsophisticated consumer" and the loan agreement was a consumer loan.

3. Plaintiff did not fail to make all payments to Defendant that were allegedly owed by the Plaintiff for the second mortgage secured against the real property located at 2500 Winding

Creek Blvd., #D 104, Clearwater, Florida 33761 because they were paid during the short sale and there was not an agreement for deficiency.

4. Defendant did not receive an assignment from Citimortgage entitling it to collect on the underlying promissory note for the real property located at 2500 Winding Creek Blvd., #D 104, Clearwater, Florida 33761.

5. Within five days of the loan assignment from Citimortgage, Defendant failed to provide an initial communication notifying Plaintiff of the debt.

**Findings of Law**

1. Defendant is a "debt collector" as defined by the Fair Debt Collection Practices Act 15 U.S.C. § 1692a (6) who attempted to collect a consumer debt from Plaintiff who is an unsophisticated consumer.

2. Defendant failed to mail to Plaintiff the "Validation of Debts" notice required by 15 U.S.C. §1692g(a) within the five day time period.

3. Defendant has never mailed the "Validation of Debts" notice required by 15 U.S.C. §1692g(a) to the Plaintiff and therefore the one year statute of limitations has not expired.

3. Defendant used "unfair or unconscionable means to collect or attempt to collect the debt in violation of the 1692f by harassing the Plaintiff to make payments that she did not owe and that it could not validate.

Wherefore, Plaintiff is entitled to:

(1) Statutory damages pursuant to 15 U.S.C. 1601;

(2) Fair and reasonable costs of this action, court costs and attorney's fees.

_/s/Lisa Wilcox _____

FBN: 697291

Wilcox Law, P.A.

721 First Avenue North, Suite 100

St. Petersburg, Florida 33701

888-945-2695

lisa@wilcoxlawpa.com

**/s/ W. John Gadd**

W. John Gadd

FL Bar Number 463061

Bank of America Building

2727 Ulmerton Road-Suite 250

Clearwater, FL 33762

Tel- (727) 524-6300

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing has been electronically filed on **October 27, 2016**  I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which Notice will be electronically mailed to Defendant's counsel.

**/s/ Lisa Wilcox**

_____

Lisa R. Wilcox, Esquire

FBN: 697291